AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Victor Hunter
_____
*Plaintiff(s)*

v.   Civil Action No. 1:16CV418

Lockland City Schools
_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lockland City Schools
210 North Cooper Ave
Lockland, Ohio 45215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Victor Hunter
12160 Greencastle Drive
Cincinnati, Ohio 45246

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Nagel, Clerk of Court
CLERK OF COURT

Date: MAR 28 2016

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

_Victor Hunter_
Plaintiff(s)

v.   Civil Action No. 1:16CV418

_Bill Hughett_
Defendant(s)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Bill Hughett
Whitehall City Schools
625 S. Yearling Rd.
Whitehall, Ohio 43213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Victor Hunter
12160 Greencastle Drive
Cincinnati, Ohio 45246

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Nagel, Clerk of Court
*CLERK OF COURT*

Date: MAR 28 2016                            _signature_
                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Victor Hunter
_____
Plaintiff(s)

v.

Civil Action No. 1:16CV418

Bill Hughett
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bill Hughett
210 North Cooper Ave.
Lockland, Ohio 45215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Victor Hunter
12160 Greencastle Drive
Cincinnati, Ohio 45246

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Nagel, Clerk of Court
CLERK OF COURT

Date: MAR 28 2016 _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_Victor Hunter_
Plaintiff(s)

v.   Civil Action No. 1:16CV418

_Matt Bishop_
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Matt Bishop
210 North Cooper Ave.
Lockland, Ohio 45215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Victor Hunter
12160 Greencastle Drive
Cincinnati, Ohio 45246

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Nagel, Clerk of Court
CLERK OF COURT

Date: MAR 28 2016    _[signature]_
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Victor Hunter
_____
Plaintiff(s)

v.

Greg Rulon
_____
Defendant(s)

Civil Action No. 1:16CV418

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Greg Rulon
210 North Cooper Ave.
Lockland, Ohio 45215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Victor Hunter
12160 Greencastle Drive
Cincinnati, Ohio 45246

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Nagel, Clerk of Court
CLERK OF COURT

Date: MAR 28 2016

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Victor Hunter
_____
Plaintiff(s)

v.

Donnie Schilling
_____
Defendant(s)

Civil Action No. 1:16CV418

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)  Donnie Schilling
210 North Cooper Ave.
Lockland, Ohio 45215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Victor Hunter
12160 Greencastle Drive
Cincinnati, Ohio 45246

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Nagel, Clerk of Court
*CLERK OF COURT*

Date: MAR 28 2016

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Victor Hunter
_Plaintiff(s)_

v.

Misty Cromer
_Defendant(s)_

Civil Action No. 1:16CV418

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Misty Cromer
210 North Cooper Ave
Lockland, Ohio 45215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Victor Hunter
12160 Greencastle Drive
Cincinnati, Ohio 45246

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Nagel, Clerk of Court
CLERK OF COURT

Date: MAR 28 2016

_Signature of Clerk or Deputy Clerk_